

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RICKY DALE HEFFEL, | § | No. 08-15-00026-CR |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | County Criminal Court No. 4 |
| THE STATE OF TEXAS, | | |
| Appellee. | § | of Denton County, Texas |
| | | |
| | § | (TC#CR-2011-08522-D) |
| | | |
| | § | |

# **O R D E R**

The Court on its own motion ORDERS the County Clerk for County Criminal Court No. 4 of Denton County, Texas, to forward to this Court the original State's Exhibit 4, the Lake Dallas Police Department DVD entitled "Rick Dale Heffel Certified Copy #64." The original exhibit, State's Exhibit 4 (the DVD), is due in this Court on or before December 29, 2017. The Clerk of this Court will return the original exhibit to the official County Clerk for County Criminal Court No. 4 of Denton County, Texas after final disposition of this appeal.

IT IS SO ORDERED THIS 19TH DAY OF DECEMBER, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating